**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

WILLIE MAE STALLWORTH,
Debtor.
_____/

CHAPTER 13
CASE NO. 04-59612-PJS
JUDGE PHILLIP J SHEFFERLY

**TRUSTEE'S MOTION TO DISMISS**
**FOR FAILURE TO REMIT TAX REFUNDS TO THE TRUSTEE**

    **NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and moves this Honorable Court for dismissal of the above-captioned matter pursuant to 11 U.S.C. §1307 (c) and in support thereof states as follows:

    1. This motion is brought pursuant to 11 U.S.C. §1307 (c)(6) under the terms of the Debtor's confirmed Chapter 13 Plan, as last amended, if any, the Debtor was obligated to remit 100% of tax refunds to which the Debtor becomes entitled during the pendency of the Chapter 13 Plan.

    2. That based upon information and belief, the Debtor has not remitted refunds to the Trustee as ordered by this Honorable Court.

    3. That the Debtor's failure to remit the tax refund is a material default in the terms of the confirmed Chapter 13 Plan for which dismissal or conversion of the case is appropriate.

    **WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court dismiss the above captioned matter due to a material default in the terms of the Confirmed Plan

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Trustee

December 18, 2006

       /s/ Margaret Conti Schmidt
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
CASE NO. 04-59612-PJS
WILLIE MAE STALLWORTH,  JUDGE PHILLIP J SHEFFERLY
Debtor.

_____/

### ORDER DISMISSING CASE

This matter having come to be heard upon the Trustee's Motion to Dismiss for Failure of the Debtor to Remit Tax Refunds to the Trustee filed pursuant to 11 U.S.C. §1307 (c), notice having been duly given and an opportunity for hearing having been provided, and based upon the records of the Court, the Court finds that the relief requested is warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Chapter 13 case of the debtor herein be and the same hereby is dismissed for the failure of the Debtor to remit tax refunds as required by the confirmed Chapter 13 Plan, which constitutes a material default in the plan;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall immediately provide notice of the entry of this order to all creditors listed in this case, the Debtor, Debtor's attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that Krispen S. Carroll, Trustee, is discharged as Trustee and the Trustee and her surety is released from any and all liability on account of the within proceeding;

_____
U.S. BANKRUPTCY JUDGE

EXHIBIT "A"

SH

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**   CHAPTER 13
                        CASE NO. 04-59612-PJS
WILLIE MAE STALLWORTH,  JUDGE PHILLIP J
Debtor.                 SHEFFERLY
_____/

### NOTICE OF TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court to dismiss the above-captioned case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to dismiss the above-captioned case or if you want the court to consider your views on the Trustee's motion, within 15 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[4]:

**United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
*ATTN: MOTION DEPARTMENT*
719 Griswold Street
1100 Dime Building
Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
Krispen S. Carroll, Chapter 13 Trustee

December 18, 2006

         /s/ Margaret Conti Schmidt
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035

---

[4] 59612-pjs ans Doc 17 compl with LFR 9006P. 8

IN THE MATTER OF:

                                  CHAPTER 13

WILLIE MAE STALLWORTH,      CASE NO. 04-59612-PJS

Debtor.                                     JUDGE PHILLIP J SHEFFERLY

_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO REMIT TAX REFUNDS TO THE TRUSTEE, NOTICE OF TRUSTEE'S MOTION TO DISMISS and CERTIFICATE OF MAILING** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

JOHN STEINBERGER
17515 W NINE MILE RD #420
SOUTHFIELD MI
   48075-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

WILLIE MAE STALLWORTH
19961 LINDSAY
DETROIT MI
   48235-0000

December 18, 2006

                                               /s/ Shannon L. Horton
                                             SHANNON L. HORTON
                                             For the Office of the Chapter 13 Trustee-Detroit
                                             719 Griswold Street
                                             1100 Dime Building
                                             Detroit, MI  48226
                                             313/962-5035