**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

WILLIE MAE STALLWORTH,
Debtor.
_____/

CHAPTER 13
CASE NO. 04-59612-PJS
JUDGE PHILLIP J SHEFFERLY

**CERTIFICATE OF NO RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

The undersigned certifies that pursuant to L.B.R. 9014-1 (E.D.M.), the **TRUSTEE'S MOTION TO DISMISS FOR FAILURE OF THE DEBTOR TO REMIT TAX REFUNDS TO THE TRUSTEE** was served upon the interested parties as they appear in the Certificate of Mailing previously filed and that more than 15 days have elapsed and no written Objections to the Trustee's Motion were timely served.

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
Krispen S. Carroll, Chapter 13 Trustee

January 5, 2007

/s/ Maria Gotsis
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street
1100 Dime Building
Detroit, MI 48226
(313) 962-5035