# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| | CASE NO. 04-59612-PJS |
| WILLIE MAE STALLWORTH, | JUDGE PHILLIP J SHEFFERLY |
| Debtor. | |
| _____/ | |

## ORDER DISMISSING CASE

This matter having come to be heard upon the Trustee's Motion to Dismiss for Failure of the Debtor to Remit Tax Refunds to the Trustee filed pursuant to 11 U.S.C. §1307 (c), notice having been duly given and an opportunity for hearing having been provided, and based upon the records of the Court, the Court finds that the relief requested is warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Chapter 13 case of the debtor herein be and the same hereby is dismissed for the failure of the Debtor to remit tax refunds as required by the confirmed Chapter 13 Plan, which constitutes a material default in the plan;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall immediately provide notice of the entry of this order to all creditors listed in this case, the Debtor, Debtor's attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that Krispen S. Carroll, Trustee, is discharged as Trustee and the Trustee and her surety is released from any and all liability on account of the within proceeding;

.

```
Signed on January 10, 2007
                              ___ _/s/ Phillip J. Shefferly _ __
                                  Phillip J. Shefferly
                                  United States Bankruptcy Judge
```