Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **04−59612−pjs**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Willie Mae Stallworth
   aka Narkita Stallworth
   19961 Lindsay
   Detroit, MI 48235

Social Security No.:
   xxx−xx−9104

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **1/10/2007** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 1/10/07

                                          BY THE COURT

                                          Katherine B. Gullo , Clerk of Court
                                          UNITED STATES BANKRUPTCY COURT

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0645-2          User: fparr              Page 1 of 1              Date Rcvd: Jan 10, 2007
Case: 04-59612                Form ID: ntdsmbat        Total Served: 37
```

The following entities were served by first class mail on Jan 12, 2007.
```
db         +Willie Mae Stallworth,   19961 Lindsay,   Detroit, MI 48235-2202
aty        +John A. Steinberger,   17515 W. 9 Mile Road,   Suite 420,   Southfield, MI 48075-4402
tr          Krispen S. Carroll,   719 Griswold,   1100 Dime Building,   Detroit, MI  48226
6783465    +AT & T Wireless,   c/o NCO Financial,   515 Pennsylvannia Avenue,   Fort Washington PA 19034-3303
6806631    +Asset Acceptance LLC assignee,   Providian the Credit Store,   P.O. Box 2036,
             Warren, MI 48090-2036
6908152    +Buchalter, Nemer, Field & Younger,   18400 Von Karman Ave., Suite 800,   Irvine, CA 92612-0514
6809736    +CFC Financial LLC Assignee,   SBC Michigan / SBC,   P.O. Box 2038,   Warren, MI 48090-2038
6783466     City of Detroit Fire Department,   Department 153801,   P.O. Box 67000,   Detroit MI 48267-1538
6783467    +County of Wayne,   400 Monroe - 5th Floor,   Detroit MI 48226-2984
6783468    +Detroit Board of Water,   735 Randolph St 4thFloor,   Detroit, MI 48226-2830
6883159    +EMCC/ Encyclopdia Brit,   c/o Creditors Bankrutpcy Servies,   P.O. Box 740933,
             Dallas, TX 75374-0933
6783470    +Encyclopedia Britanni,   c/o Allied Interstate,   P 0 Box 361774,   Columbus OH 43236-1774
6783471    +HSI Financial Services,   P 0 Box 723537,   Atlanta GA 31139-0537
7139428     IRS,   C/O U.S. Attorney's Office,   211 Fort Street,   Detroit, MI 48224-3211
7139429     IRS District Counsel,   477 Michigan Ave.,   1870 McNamara Building,   Detroit, MI  48226
7139430    +IRS SBSE Insolvency Unit,   Attn: Special Procedures Stop 15,   P.O. Box 330500,
             Detroit, MI 48232-6500
6783472    +Independence Acceptance,   P 0 Box 21,   Roseville MI 48066-0021
6783473    +M&M Credit,   6324 Taylor Drive,   Flint MI 48507-4680
6783474    +Michigan Healthcare,   29777 Telegraph Road,   Southfield MI 48034-1303
6783475    +Plains Commerce Bank,   3401 N Louise Ave.,   Sioux Falls SD 57107-0175
13341781    Portfolio Recovery Assoc.,   P.O. Box 41067,   Norfolk, VA  235411067
6783476     Regional Acceptance,   Bankruptcy Section/100-70-01-51,   P.O. Box  1847,   Wilson, NC  27894-1847
6783477     SBC,   c/o CFC Financial,   P 0 Box 2038,   Warren MI 48090-2038
6783478    +SBC Ameritech,   3000 Corporate Exchange,   6th Floor,   Columbus OH 43231-7689
6783479    +Sears,   13200 Smith Road,   Cleveland OH 44130-7856
6783480    +Sinai Grace,   c/o UCB Collection,   5620 Southwyck Blvd.,   Toledo OH 43614-1501
6783481     Sinai/Grace Hospital,   P.O. Box 67000,   Detroit MI 48267-1231
7139431     State Of Michigan,   Dept. 77569,   P.O. Box 77000,   Detroit, mI 48277-0569
7191886    +State of Michigan,   Dept. of Treasury,   Treasury Building,   Lansing, Mi 48922-0001
6783482    +The Credit Store,   c/o Asset Acceptance Corp.,   7027 Miller Road,   Warren MI 48092-4726
6783463    +U.S. Trustee,   211 W. Fort St,   Suite 700,   Detroit MI 48226-3263
6783483    +United Collection Bureau, Inc.,   Central Processing Center,   5620 Southwyck Boulevard, Suite 206,
             Toledo OH 43614-1501
6852271    +Wayne County Treasuer,   400 Monore St. Suite 520,   Detroit, MI 48226-2942
The following entities were served by electronic transmission on Jan 11, 2007.
6783464     E-mail/PDF: bankruptcy@amcmortgageservices.com Jan 11 2007 03:06:16      Ameriquest Mortgage,
             P.O. Box 51382,   Los Angeles, CA  90051-5682
6783469     EDI: DTEE.COM Jan 10 2007 23:53:00      DTE Energy,   P.O. Box 2859,   Detroit MI 48260-0001
6848387     EDI: DTEE.COM Jan 10 2007 23:53:00      Detroit Edison,   3200 Hobson St Lower Level,
             Detroit, MI 48201-2927
6783474    +EDI: CBCSI.COM Jan 10 2007 23:53:00      Michigan Healthcare,   29777 Telegraph Road,
             Southfield MI 48034-1303
6927377     EDI: RESURGENT.COM Jan 10 2007 23:53:00      Resurgent Capital Service,   P.O. Box 10587,
             Grenville, SC  29603-0587
6783479    +EDI: SEARS.COM Jan 10 2007 23:53:00      Sears,   13200 Smith Road,   Cleveland OH 44130-7856
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 12, 2007**                    **Signature:**     *Joseph Speetjens*