UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: WILLIE MAE STALLWORTH
19961 LINDSAY
DETROIT, MI 48235

Case No.: 04-59612-PJS
Judge: PHILLIP J SHEFFERLY

## CHAPTER 13 FINAL ACCOUNTING AND REPORT AND CERTIFICATE OF SERVICE

### DISMISSED AFTER CONFIRMATION

SSN#1 - XXX-XX-9104
SSN#2 -

This Case was commenced on 07/13/2004

The Plan was Confirmed on 10/06/2004

The Case was concluded on 01/10/2007

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors: $27,519.71

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ALLIED INTERSTATE ENCYCLOPEDIA BRITANN | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERIQUEST MORTGAGE 19961 LINDSAY | ARREARAGE | 6,202.51 | 3,394.76 | 0.00 | 2,807.75 |
| AMERIQUEST MORTGAGE 19961 LINDSAY/ESCR* | CURR MTG | 0.00 | 16,704.94 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP THE CREDIT STORE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP THE CREDIT STORE | UNSECURED | 4,893.65 | 0.00 | 0.00 | 489.37 |
| CFC FINANCIAL CORP SBC | UNSECURED | 1,442.56 | 0.00 | 0.00 | 144.26 |
| CINGULAR WIRELESS AT&T WIRELESS | UNSECURED | 1,083.57 | 0.00 | 0.00 | 108.36 |
| CITI FINANCIAL SBC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF DETROIT FIRE DEPT DETROIT FIRE DEPT | UNSECURED | 652.60 | 0.00 | 0.00 | 65.26 |
| CLERK OF US BANKRUPTCY COURT | SPECIAL CHAPTER 1: | 4.76 | 4.76 | 0.00 | 0.00 |
| DETROIT WATER DEPT MOD 19961 LINDSAY | SECURED | 540.25 | 128.00 | 0.00 | 412.25 |
| DTE ENERGY DTE ENERGY | UNSECURED | 5,207.55 | 0.00 | 0.00 | 520.76 |
| EMCC/ENCYCLOPEDIA BRITTANICA ENCYCLOPEDIA BRITANN | UNSECURED | 915.00 | 0.00 | 0.00 | 91.50 |
| INDEPENDENCE ACCEPTANCE COR NO PERMO 99 SABLE | AUTOMOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS AT&T WIRELESS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP CRM 01 WINDSTAR | AUTOMOBILE | 8,850.00 | 1,599.27 | 2,502.73 | 7,357.49 |
| REGIONAL ACCEPTANCE CORP Split Claim | UNSECURED | 7,383.78 | 0.00 | 0.00 | 738.38 |

CASE NO: 04-59612-PJS     WILLIE MAE STALLWORTH

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| RESURGENT ACQUISITION LLC<br>  SEARS | UNSECURED | 121.31 | 0.00 | 0.00 | 12.13 |
| SCHEDULED UNSECURED CREDITO<br>  HSI FNCL SRVC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  M&M CREDIT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  MI HEALTHCARE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  PLAINS COMMERCE BK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  SBC AMERITECH | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  SINAI GRACE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  SINAI GRACE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO<br>  UNI COLL BUREAU | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD<br>  2003/AM SCH E | PRIORITY | 470.64 | 0.00 | 0.00 | 470.64 |
| STATE OF MICHIGAN CD<br>  ADD/95 TAXES | UNSECURED | 106.16 | 0.00 | 0.00 | 10.62 |
| UNITED COLLECTION BUREAU INC<br>  SINAI GRACE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC<br>  UNI COLL BUREAU | UNSECURED | 125.06 | 0.00 | 0.00 | 12.51 |
| WAYNE COUNTY TREAS/R WOJTOW<br>  MOD 19961 LINDSAY | PROP TAX | 1,036.35 | 178.30 | 288.92 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 33,334.05 | 475.40 | 21,931.24 | | 0.00 | 55,740.69 | TOTAL PAID |
| PRIN. PAID | 22,005.27 | 4.76 | 0.00 | | 0.00 | 22,010.03 | PRIN. AND INT. |
| INT. PAID | 2,791.65 | 0.00 | 0.00 | | | 2,791.65 | 24,801.68 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JOHN STEINBERGER | 1,800.00 | 1,800.00 |
| INTERNAL REVENUE SERVICE | 0.00 | 0.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE<br>& DEPOSIT | TRUSTEE<br>EXP. & COMPENSATION FUND | OTHER<br>COST | |
|---|---|---|---|
| 0.00 | 918.03 | 0.00 | 918.03 |

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Krispen S. Carroll as Trustee and releasing Krispen S. Carroll and her surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 10/29/2007

                                                Krispen S. Carroll, Trustee

CASE NO: 04-59612-PJS        WILLIE MAE STALLWORTH

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of this document was mailed to the Debtor, the Debtor's attorney, and the United States Trustee by First Class Mail.

DATED: 10/29/2007

*KB*

Office of the Ch. 13 Standing Trustee - Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226
(313)962-5035